IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO MAGANA-CASTILLO,

Defendant.

No. CR 10-0206 WHA

**ORDER GRANTING DEFENDANT'S MOTION FOR TRANSCRIPT OF SENTENCING HEARING AND TO PREPARE FINAL TRANSCRIPT**

Defendant moves for a transcript of his sentencing hearing. That motion is **GRANTED**. The court reporter shall prepare a final transcript of the sentencing hearing on August 5, 2010. When the court reporter has filed the final transcript on the docket, the Clerk shall send a copy to defendant free of charge and indicate such action on the docket. At that point, a deadline will be set for defendant to file his memorandum in support of his Section 2255 motion. The Clerk shall serve this order on defendant, Joan Columbini, and the government.

**IT IS SO ORDERED.**

Dated: August 19, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE