IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00206 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING REQUEST FOR APPOINTMENT OF COUNSEL** |
| ANTONIO MAGANA-CASTILLO, | |
| Defendant. / | |

The Court is in receipt of a letter from defendant Antonio Magana-Castillo requesting that the Court appoint counsel to prepare a motion "based on the issues set fore (sic) in this complaint," regarding the recent amendment to the federal sentencing guidelines for illegal reentry (Dkt. No. 19). No motion has been filed. The Court is unable to determine from defendant's brief letter alone whether the interest of justice requires the appointment of counsel in this instance. Defendant should file a proper motion for appointment of counsel explaining the issues he expects to raise and his need for representation.

**IT IS SO ORDERED.**

Dated: January 31, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE