IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

v.

ANTONIO MAGANA-CASTILLO,

Defendant.

No. CR 10-00206 WHA

**ORDER SETTING DEADLINE FOR FILING MEMORANDUM IN SUPPORT OF SECTION 2255 MOTION**

Defendant has moved to vacate, set aside, or correct his sentence, asserting ineffective assistance of counsel. Defendant also moved for a transcript of his sentencing hearing. The motion for a transcript was granted. The final transcript of the sentencing hearing was filed on the docket on February 1, 2012, and a copy of the final transcript was mailed to defendant free of charge. Defendant shall file his memorandum in support of his Section 2255 motion by **MARCH 30, 2012**.

**IT IS SO ORDERED.**

Dated: February 2, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE