IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-00206 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING REPLY BRIEF** |
| ANTONIO MAGANA-CASTILLO, | |
| Defendant. / | |

Defendant Antonio Magana-Castillo filed a motion to vacate, set aside, or correct his sentence pursuant to Section 2255. Pursuant to the order to show cause, defendant's reply brief was due July 12, 2012. None was filed. On July 18, defendant was ordered to submit a written statement by August 8, stating whether defendant intends to file a reply to the government's opposition to the Section 2255 motion. No such statement was filed. If no reply brief is received by **SEPTEMBER 6, 2012**, the Section 2255 motion will be considered ripe for consideration.

**IT IS SO ORDERED.**

Dated: August 9, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE